No. 543. MINNEAPOLIS, ST. PAUL & SAULT STE. MARIE RY. Co. *v.* MOQUIN. December 8, 1930. The petition for a writ of certiorari in this case to the Supreme Court of Minnesota is granted, limited to the question arising

from the failure of the state court to grant a new trial in a case under the Federal Employers' Liability Act where the verdict was obtained by appeals to passion and prejudice. *Messrs. Henry S. Mitchell* and *John E. Palmer* for petitioner. *Messrs. Tom Davis* and *Ernest A. Michel* for respondent.